EXHIBIT A

1
2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone:  (408) 289-1776
   Facsimile:  (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA  95110
   Telephone:  (408) 993-9911
10 Facsimile:  (408) 993-1335

11 THOMAS M. CARNEY, admitted *pro hac vice*
   CAROL A. RUTTER, admitted *pro hac vice*
12 HUSCH & EPPENBERGER, LLC
   190 Carondelet Plaza, Suite 600
13 St. Louis, MO  63105-3441
   Telephone:  (314) 480-1500
14 Facsimile:  (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

16            UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 VINCENT ROMAN AND SARAH          )   Case No.:  C 03-05215 RMW
   ROMAN ,                          )
19                                  )   **STIPULATION FOR DISMISSAL WITH**
                                    )   **PREJUDICE OF DEFENDANT OLIN**
20            Plaintiffs,           )   **CORPORATION BY PLAINTIFFS**
                                    )   **VINCENT ROMAN AND SARAH**
21 v.                               )   **ROMAN**
                                    )
22 OLIN CORPORATION, et al.,        )
                                    )
23            Defendants.           )
                                    )
24 _____  )

25
26       Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Vincent Roman and Sarah Roman  and

27 Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

28 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Vincent

2057202.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs**
**Vincent Roman and Sarah Roman  - 1**

1   Roman and Sarah Roman  as to defendant Olin Corporation. All parties to bear their own

2   costs and legal fees incurred to date in this action.

3   Dated: _____8/4/05_____

4

5                                       Respectfully submitted,

6

7                                       ALEXANDER, HAWES & AUDET, LLP

8                                       By: _____

9                                           RICHARD D ALEXANDER, Cal. Bar #48432
                                            JEFFREY W/ RICKARD, Cal Bar #125180
10                                          RYAN M. HAGAN, Cal Bar #200850
                                            152 North Third Street, Suite 600
11                                          San Jose, CA 95112
                                            Telephone:  (408) 289-1776
12                                          Facsimile:  (408) 287-1776

13                                      Attorneys for Plaintiffs Vincent Roman and Sarah Roman

14

15                                      HUSCH & EPPENBERGER, LLC

16                                      By: _____/s/ Carol A. Rutter_____

17                                          THOMAS M. CARNEY, admitted *pro hac vice*
                                            CAROL A. RUTTER, admitted *pro hac vice*
18                                          190 Carondelet Plaza, Suite 600
                                            St. Louis, MO  63105-3441
19                                          Telephone:  (314) 480-1500
                                            Facsimile:  (314) 480-1505
20
                                            RANDALL C. CREECH, Cal. Bar #65542
21                                          CREECH, LIEBOW & KRAUS
                                            333 West San Carlos Street
22                                          Suite 1600
                                            San Jose, CA  95110
23                                          Telephone:  (408) 993-9911
                                            Facsimile:  (408) 993-1335
24
                                        Attorneys for Defendant Olin Corporation
25

26

27

28

2057202.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Vincent Roman and Sarah Roman  - 2**

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

2

3  VINCENT ROMAN AND SARAH      )    Case No.: C 03-05215 RMW
   ROMAN ,                      )
4                               )    **ORDER DISMISSING WITH**
                                )    **PREJUDICE DEFENDANT OLIN**
5          Plaintiffs,          )    **CORPORATION BY PLAINTIFFS**
                                )    **VINCENT ROMAN AND SARAH**
6  v.                           )    **ROMAN**
                                )
7  OLIN CORPORATION, et al.,    )
                                )
8          Defendants.          )

9

10        THIS MATTER coming on the motion of Plaintiffs Vincent Roman and Sarah

11  Roman  and Defendant Olin Corporation, for an order of dismissal with prejudice against

12  the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

13        IT IS HEREBY ORDERED

14

15        Plaintiffs Vincent Roman and Sarah Roman 's claims against Defendant Olin

16  Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party

17  shall bear their own costs and legal fees incurred to date in this action.

18                              SO ORDERED:

19

20   AUG 1 1 2005            _Ronald M. Whyte_

21

22

23

24

25

26

27

28

2057202.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Vincent Roman and Sarah Roman  - 3**